FILED

2016 DEC -7  PM 2:59

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

BRIAN AUTHOR THOMAS

CASE NO. 2:16-cr-137-FtM-99MRM

18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about May 1, 2014 through on or about June 12, 2014, in the Middle District of Florida, and elsewhere, the defendant,

BRIAN AUTHOR THOMAS,

did employ, use, persuade, induce, entice, and coerce a minor, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2251(a) and (e).

### COUNT TWO

On or about February 14, 2016, in the Middle District of Florida, and

elsewhere, the defendant,

BRIAN AUTHOR THOMAS,

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT THREE

From on or about July 18, 2012 through on or about March 30, 2016, in the Middle District of Florida, and elsewhere, the defendant,

BRIAN AUTHOR THOMAS,

did knowingly possess a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and that had been produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually

explicit conduct and the visual depiction was of such conduct, and the visual depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of the violation of 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(a)(4)(B) charged in Counts One through Three, the defendant, BRIAN AUTHOR THOMAS, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to

commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. ASUS laptop, serial number 89N0AS373421380; and

    b. Samsung Galaxy cell phone.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

12/7/16
Date

/s/ [signature]
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: /s/ Yolande S. Viacava
Yolande G. Viacava
Assistant United States Attorney

By: /s/ Jesus M. Casas
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:16-cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

BRIAN AUTHOR THOMAS

## INDICTMENT

Violations:

18 U.S.C. § 22512(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of December, 2016.

_____
Clerk

Bail $ _____

GPO 863 525