**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 2:16-cr-137-FtM-99-MRM

BRIAN AUTHOR THOMAS

| | | | |
|---|---|---|---|
| **Judge:** | Mac R. McCoy | **Counsel for Government** | Yolande G. Viacava |
| **Deputy Clerk:** | Jackie Clay | **Counsel for Defendant:** | David Jonathon Joffe |
| **Court Reporter** | Digital | **Pretrial/Probation** | Jody Peterson |
| **Date/Time** | February 23, 2017<br>11:00 AM- 11:45 AM | **Interpreter** | N/A |
| **Bench Time** | 45 Minutes | | |

**Change of Plea Hearing**

Defendant sworn. Court advised defendant of rights, minimum/maximum penalties, elements of the offense and sentencing guidelines. Defendant entered a plea of guilty to Count One of the Indictment. Proffer of facts by the Government. Factual basis established.

Court will recommend plea be accepted. Sentencing to be set by separate notice before the District Court.

Defendant to remain in custody of the U.S. Marshal pending further proceedings.