# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 2:16-cr-137-FtM-99MRM

BRIAN AUTHOR THOMAS
_____

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Indictment, which charged him with sexual exploitation of a child by producing child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e).

The United States moves, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for (1) ASUS laptop, serial number 89N0AS373421380 and (2) a Samsung Galaxy cell phone.

The United States has established the required connection between the crime of conviction and the assets described above. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's plea agreement (Doc. 20 at 7), this order of forfeiture is final at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE and ORDERED** in Fort Myers, Florida, this 6th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record